*Rita M. Shair,* assistant state's attorney, in opposition.

Decided April 11, 2001

STATE OF CONNECTICUT *v.* JOSEPH J. SANKO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 34 (AC 18787), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Donald D. Dakers*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided April 11, 2001